| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | IRA D. GOLDBERG, ESQ. (SBN 88465)<br>**BECHERER, KANNETT & SCHWEITZER**<br>2200 Powell Street, Suite 805<br>Emeryville, CA 94608<br>Telephone: (510) 658-3600<br>Facsimile: (510) 658-1151<br><br>Attorneys for Plaintiff,<br>CHOI HEONG YUEN - MACAU LIMITED      **E-filed 7/6/05** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHOI HEONG YUEN - MACAU LIMITED, a limited liability company organized in Macau, China,<br><br>            Plaintiff<br><br>vs.<br><br>JUXIANGYUAN HEALTH FOOD (ZHONGSHAN) CO., LTD., a company organized under the laws of the People's Republic of China; ZHONGSHAN JUXIANGYUAN FOOD CO., LTD., a company organized under the laws of the People's Republic of China; NEW LUN WAH COMPANY, INC., a California corporation; QUANG HOA SUPERMARKET, INC., a California corporation; QUANG HOA II SUPERMARKET, INC., a California corporation; and ARCADIA SUPERMARKET, INC., a California corporation,<br><br>            Defendants. | CASE NO. C 04 3865 JF<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

1     Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties
2 which have appeared in the above-captioned case, Choi Heong Yuen – Macau Limited,
3 New Lun Wah Company, Inc., Valley Supermarket, sued as Quang Hoa Supermarket,
4 Inc., Quang Hoa II Supermarket, Inc., and Arcadia Supermarket, Inc., hereby stipulate
5 and agree to the dismissal of all claims in the above-referenced action without
6 prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

7
8 Dated: June 30, 2005      **BECHERER, KANNETT & SCHWEITZER**
9
10      _____
11      IRA D. GOLDBERG
     Attorneys for Plaintiff,
12      CHOI HEONG YUEN – MACAU LIMITED

13 Dated: June ___, 2005      **GORDON & REES LLP**
14
15
16      _____
     AMY MACLEAR
17      Attorneys for Defendant,
     NEW LUN WAH COMPANY, INC.

18 Dated: June 29, 2005      **ROPERS, MAJESKI, KOHN & BENTLEY**
19
20      _____
21      JESSHILL E. LOVE
     Attorneys for Defendant,
22      QUANG HOA II SUPERMARKET, INC.

23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties which have appeared in the above-captioned case, Choi Heong Yuen – Macau Limited, New Lun Wah Company, Inc., Valley Supermarket, sued as Quang Hoa Supermarket, Inc., Quang Hoa II Supermarket, Inc., and Arcadia Supermarket, Inc., hereby stipulate and agree to the dismissal of all claims in the above-referenced action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June ___, 2005          **BECHERER, KANNETT & SCHWEITZER**

_____
IRA D. GOLDBERG
Attorneys for Plaintiff,
CHOI HEONG YUEN – MACAU LIMITED

Dated: June 30, 2005          **GORDON & REES LLP**

_____
AMY MACLEAR
Attorneys for Defendant,
NEW LUN WAH COMPANY, INC.

Dated: June 29, 2005          **ROPERS, MAJESKI, KOHN & BENTLEY**

_____
JESSHILL E. LOVE
Attorneys for Defendant,
QUANG HOA II SUPERMARKET, INC.

| | | |
|---|---|---|
| 1 | Dated: June 29, 2005 | **COOPER, PHILLIPS & PETERSON LLP** |
| 2 | | |
| 3 | | _/s/_ |
| 4 | | MITCHELL F. DUCEY |
| 5 | | Attorneys for Defendants, VALLEY SUPERMARKET, INC. (sued as QUANG HOA SUPERMARKET, INC.), and ARCADIA SUPERMARKET, INC. |
| 6 | | |
| 7 | **IT IS SO ORDERED.** | |
| 8 | | |
| 9 | Dated: July 5, 2005 | |
| 10 | | |
| 11 | | /s/electronic signature authorized |
| 12 | | HON. JEREMY FOGEL<br>Judge, United States District Court |

-3-
NOTICE OF DISMISSAL AND [PROPOSED] ORDER
Case No. C 04 3865 JF